UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SITTING AT VIC'S LLC et al.,<br>                Plaintiffs,<br><br>            v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY et al.,<br>                Defendants. | Case No. C22-527-RSL<br><br>ORDER GRANTING<br>EXTENSION OF TIME |

This matter comes before the Court on the parties' "Joint Stipulation Extending Time for Defendants to Answer or Otherwise Respond to Complaint" (Dkt. # 7). Having reviewed the motion and the remainder of the record, the Court finds good cause to extend the time for defendants to answer or otherwise respond to the complaint. However, the parties are reminded that stipulated motions are to be presented to the Court with a proposed order. See Local Rules W.D. Wash. LCR 1(c)(7), LCR 10(e)(7).

For all of the foregoing reasons, IT IS HEREBY ORDERED that the parties' Joint Stipulation Extending Time for Defendants to Answer or Otherwise Respond to Complaint (Dkt. # 7) is GRANTED. Defendants shall answer or otherwise respond to the complaint by the latest of the following dates:

1. 30 days after plaintiffs file their anticipated amended complaint;
2. If the Court denies plaintiffs' anticipated motion to stay further proceedings in this action pending a ruling by the Washington Supreme Court in Hill & Stout, PLLC v. Mutual of Enumclaw Insurance Co., No. 100211-4 (direct review granted Jan. 5, 2022), 30 days after the Court denies plaintiffs' anticipated motion to stay; or

ORDER GRANTING EXTENSION OF TIME - 1

3. If the Court grants plaintiffs' anticipated motion to stay further proceedings in this action pending a ruling in the Hill & Stout appeal, 60 days after the stay is lifted.

DATED this 26th day of April, 2022.

Robert S. Lasnik
United States District Judge

ORDER GRANTING EXTENSION OF TIME - 2