Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SITTING AT VIC'S LLC d.b.a. WEST 5; ATHLETE'S PERFORMANCE CENTER, P.S., d.b.a. TANGELO MANUAL; BILL J. MULLIKEN DDS, CASON CULBERSON DDS, and BRIAN J. RUTHERFORD DDS d.b.a. MILL CREEK FAMILY DENTISTRY; ISAAC FU, DDS, MSD, PLLC; JOHN C WALKER, DDS, INC P.S.; LEONE & VAUGHN, DDS P.S.; PUGET SOUND PERIODONTICS, PLLC; MAN SUNWOO, DMD PLLC; GRANT D. MCCLENDON, D.M.D., PLLC; KARI R. MANN DDS, PLLC d.b.a. SHORELINE FAMILY DENTAL CARE; 5341 OPERATIONS LLC d.b.a. SAN FERMO; MCLAUGHLIN AND STONEBRAKER PLLC d.b.a. REDMOND SIGNATURE DENTISTRY; and GARY L BELL, DDS, P.S., <br><br> Plaintiffs, <br><br> v. | No. 2-22-cv-00527-RSL <br><br> ORDER GRANTING UNOPPOSED MOTION TO STAY |

ORDER GRANTING UNOPPOSED MOTION TO STAY(2-22-cv-00527) - 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | |
|---|---|
| 1 | AMERICAN FIRE AND CASUALTY COMPANY, an insurance company; OHIO SECURITY INSURANCE COMPANY, an insurance company; and THE OHIO CASUALTY INSURANCE COMPANY, an insurance company, |
| | Defendants. |

The Court has considered Plaintiffs' Unopposed Motion and [Proposed] Order to Stay Action. The Court HEREBY ORDERS the case is stayed until the Washington Supreme Court issues its ruling in *Hill & Stout PLLC v. Mutual of Enumclaw Insurance Co.*, No. 100211-4 (review granted Jan. 5, 2022). Within thirty (30) days thereafter, the parties shall file a Status Report providing the Court with an update on the case status.

Dated this 2nd day of May, 2022.

IT IS SO ORDERED.

*[signature]*
Robert S. Lasnik
United States District Judge

Submitted by:
KELLER ROHRBACK L.L.P.

By: *Gabriel E. Verdugo*
By: *Nathan L. Nanfelt*
    Gabriel E. Verdugo, WSBA #44154
    Nathan L. Nanfelt, WSBA #45273
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101
    Telephone: (206) 623-1900
    Fax: (206) 623-3384
    Email: gverdugo@kellerrohrback.com
    Email: nnanfelt@kellerrohrback.com

ORDER GRANTING UNOPPOSED MOTION TO STAY(2-22-cv-00527) - 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384