UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SITTING AT VIC'S LLC, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>AMERICAN FIRE AND CASUALTY COMPANY, et al.,<br><br>    Defendants. | NO. C22-527RSL<br><br>ORDER REMOVING CASE FROM ACTIVE CASELOAD |

This Court having stayed the above-entitled action pending the Washington Supreme Court's ruling in <u>Hill & Stout PLLC v. Mutual of Enumclaw Insurance Co.</u>, No. 100211-4.

It is HEREBY ORDERED that this action shall be removed from this Court's active caseload until further application by the parties or order of this Court. The parties shall within 30 days of the completion of the Washington Supreme court's ruling, file a joint status report with the Court.

This Court retains full jurisdiction and this Order shall not prejudice any party in this action.

DATED this 2nd day of May, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER REMOVING CASE FROM ACTIVE CASELOAD