Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SITTING AT VIC'S LLC d.b.a. WEST 5; ATHLETE'S PERFORMANCE CENTER, P.S., d.b.a. TANGELO MANUAL; BILL J. MULLIKEN DDS, CASON CULBERSON DDS, and BRIAN J. RUTHERFORD DDS d.b.a. MILL CREEK FAMILY DENTISTRY; ISAAC FU, DDS, MSD, PLLC; JOHN C WALKER, DDS, INC P.S.; LEONE & VAUGHN, DDS P.S.; PUGET SOUND PERIODONTICS, PLLC; MAN SUNWOO, DMD PLLC; GRANT D. MCCLENDON, D.M.D., PLLC; KARI R. MANN DDS, PLLC d.b.a. SHORELINE FAMILY DENTAL CARE; 5341 OPERATIONS LLC d.b.a. SAN FERMO; MCLAUGHLIN AND STONEBRAKER PLLC d.b.a. REDMOND SIGNATURE DENTISTRY; and GARY L BELL, DDS, P.S., <br><br>Plaintiffs, | No. 2:22-cv-00527-RSL <br><br> ORDER STIPULATED MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |

ORDER GRANTING ORDER STIPULATED MOTION
(2:22-cv-00527-RSL) - 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

|   |   |
|---|---|
| 1 | v. |
| 2 | LIBERTY MUTUAL INSURANCE COMPANY, an insurance company; AMERICAN FIRE AND CASUALTY COMPANY, an insurance company; OHIO SECURITY INSURANCE COMPANY, an insurance company; and THE OHIO CASUALTY INSURANCE COMPANY, an insurance company, |
|   | Defendants. |

THIS MATTER came before the Court on the Parties' Stipulated Motion for Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). After having considered the Parties' Motion,

It is hereby ORDERED that the Parties' Motion is Granted:

This matter is voluntarily dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party bearing its own costs and fees.

DONE IN OPEN COURT this  22nd  day of  September , 2022.

_____
HON. ROBERT S. LASNIK
United States District Court Judge

ORDER GRANTING ORDER STIPULATED MOTION
(2:22-cv-00527-RSL) - 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Presented By:

KELLER ROHRBACK L.L.P.

By: *s/ Nathan L. Nanfelt*
By: *s/ Gabriel E. Verdugo*
    Nathan L. Nanfelt, WSBA #45273
    Gabriel E. Verdugo, WSBA #44154
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101
    Phone: (206) 623-1900
    Fax: (206) 623-3384
    Email: nnanfelt@kellerrohrback.com
    Email: gverdugo@kellerrohrback.com

*Attorneys for Plaintiff*

BAKER & HOSTETLER LLP

By: *s/ James R. Morrison*
    James R. Morrison, WSBA #43043
    999 Third Avenue, Suite 3900
    Seattle, WA 98104
    Phone: (206) 332-1380
    Fax: (206) 624-7317
    Email: jmorrison@bakerlaw.com

By: *s/ Melissa M. D'Alelio*
By: *s/ Sandra J. Badin*
    Melissa M. D'Alelio (admitted *pro hac vice*)
    Sandra J. Badin (admitted *pro hac vice*)
    ROBINS KAPLAN LLP
    800 Boylston Street, Suite 2500
    Boston, MA 02199
    Telephone: (617) 267-2300
    Facsimile: (617) 267-8288
    mdalelio@robinskaplan.com
    sbadin@robinskaplan.com

*Attorneys for Defendants*

ORDER GRANTING ORDER STIPULATED MOTION
(2:22-cv-00527-RSL) - 3

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384